CHARLES P. HURLEY
Washington, D.C. Bar No.
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. 7328
Washington, D.C. 20044
Tel.: (202) 305-6717
Fax:  (202) 514-6770
Charles.P.Hurley@usdoj.gov

**UNITED STATES DISTRICT COURT**
**NOTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TIMOTHY CONN VU, ) ) )       Plaintiff, ) ) v. ) ) UNITED STATES OF AMERICA, ) ) )       Defendant. ) _____ ) | Case No. 3:21—cv-1063-JCS **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure Plaintiff Timothy Conn Vu and the Defendant, United States of America, hereby stipulate to the dismissal of this case with prejudice. The parties will each bear their own costs, expenses, and attorneys' fees incurred in this litigation.

Date:  October 13, 2021                    Respectfully submitted,

                                                           DAVID A. HUBBERT
                                                           Acting Assistant Attorney General


                                                         ___/s *Charles P. Hurley*_____
                                                         CHARLES P. HURLEY
                                                         Washington, D.C. Bar No.
                                                         Trial Attorney, Tax Division
                                                         U.S. Department of Justice
                                                         P.O. 7328
                                                        Washington, D.C. 20044
                                                        Tel.: (202) 305-6717
                                                        Fax:  (202) 514-6770
                                                        Charles.P.Hurley@usdoj.gov

                                                         Attorney for Defendant
                                                         United States of America


                                                         ____/s__*Aubrey Hone*_____
                                                         AUBREY HONE
                                                         Hone Maxwell LLC
                                                         Cal. Bar No.260999
                                                         870 Market Street, Suite 588
                                                         San Francisco, CA 94102
                                                         Tel.: 415-765-1754
                                                         Fax:  (866) 661-9227

                                                         Attorney for Plaintiff
                                                         Timothy Conn Vu

DATED: October 14, 2021

